459 A.2d 756

**COMMONWEALTH of Pennsylvania**

v.

**William Henry SHUPP, III, Appellant.**

Supreme Court of Pennsylvania.

Argued April 28, 1983.

Decided May 10, 1983.

70

Gary Neil Asteak, Easton, Robert M. Rosenblum, Strouds-burg, for appellant.

William H. Platt, Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.